FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
--------------------------------------
Caption in Compliance with D. N.J. LBR 9004-2(c)

Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 435-7372
Attorney for Debtor -- I.D. # NF/6129
--------------------------------------X

In Re:                                    Case No: 17-12555-JKS
    Bawer Aksal

                                          CHAPTER 13

                                          Judge: Hon. John K. Sherwood

    Debtor
--------------------------------------X

ORDER AUTHORIZING THE DEBTOR TO REDEEM REAL PROPERTY LOCATED AT 325 79TH STREET, APT 51, NORTH BERGEN, NEW JERSEY 07047

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

4/13/17    _____

Page 2
Debtor: Bawer Aksal
Case No. 17-12555-JKS
Caption: ORDER AUTHORIZING THE DEBTOR TO REDEEM REAL PROPERTY LOCATED AT 325 79TH STREET, APT 51, NORTH BERGEN, NEW JERSEY 07047

---

Upon the foregoing motion of the debtor's counsel, and the court having read the papers submitted pursuant thereto, and it having been asserted that Debtor Bawer Aksal's condo located at 325 79th Street, Apt. 51, North Bergen, New Jersey 07047 was sold at a sheriff's sale on February 2, 2017; and it having been further determined that the debtor filed for Chapter 13 bankruptcy protection on February 10, 2017 within ten days of February 2, 2017; and it having been further determined that this Court has the authority to extend the ten day redemption period by 60 days; and it having been further determined that it is in the debtor's and in the debtor's creditors' best interest for the Court to authorize the debtor to redeem his real property located at 325 79th Street, Apt. 51, North Bergen, New Jersey 07047; and good and sufficient cause appearing therefrom for the entry of this Order; it is

ORDERED that pursuant to Bankruptcy Code Section 108 (b) and Bankruptcy Rule 6008 the debtor has 60 days from February 12, 2012 to pay the full amount to redeem his real property located at 325 79th Street, Apt. 51, North Bergen, New Jersey 07047; and it is further

ORDERED provided the debtor tenders the Sheriff of Hudson County the full redemption amount of $38,516.30 by way of certified

Page 3

Debtor: Bawer Aksal
Case No. 17-12555-JKS
Caption: Caption: ORDER AUTHORIZING THE DEBTOR TO REDEEM REAL PROPERTY LOCATED AT 325 79TH STREET, APT 51, NORTH BERGEN, NEW JERSEY 07047

---

funds within 60 days from February 12, 2017, the Sheriff of Hudson County is directed to accept those funds thereby redeeming the debtor's said real property.

**ORDERED** that should the funds for redemption not be turned over to Hudson County Sheriff on or before April 13, 2017, Revolution Condominium Association may immediately record the Sheriff's deed.